JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ANDERSEN, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; SALLIE MAE, INC.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: SACV 14-0047-DOC (RNBx)<br><br>**Order on Stipulation to Dismiss Entire Action  [15]** |

   Pursuant to the parties' Stipulation, this Court hereby dismisses the above-captioned action in its entirety.  Each party to bear its own fees and costs.

   IT IS SO ORDERED.

Date:  April 8, 2014          _____
                              DAVID O. CARTER
                              UNITED STATES DISTRICT JUDGE